THE HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| **GL MANAGEMENT, INC.**, a Nevada corporation; **GREENPOINT EQUIPMENT LEASING, LLC**, an Oregon limited liability company; and **GOLDEN LEAF HOLDINGS LTD.**, a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**PETER SALADINO**, an individual,<br><br>Defendant. | Case No. 3:20-cv-05434-MAT<br><br>**PLAINTIFF GL MANAGEMENT, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Plaintiff GL Management, Inc., by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 and L.C.R. 7.1(a), hereby states that:

1. Greenpoint Holdings Delaware, Inc. is a parent corporation of GL Management, Inc.

2. Golden Leaf Holdings LTD, a Canadian publicly traded company, owns 100% of the stock in Greenpoint Holdings Delaware, Inc.

3. No publicly traded company holds more than 10% of GL Management Inc.'s stock.

GL MANAGEMENT, INC.'S CORPORATE DISCLOSURE STATEMENT: CASE NO. 3:20-CV-05434-MAT - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981

Dated this 14th day of May, 2020.

                    SCHWABE, WILLIAMSON & WYATT, P.C.

By:    *s/ Nika Aldrich*
        Nika Aldrich, WSBA #48473
        Email:  naldrich@schwabe.com
        Jessica A. Schuh, admitted *pro hac vice*
        Email:  jschuh@schwabe.com
        1211 SW 5th Ave., Suite 1900
        Portland, OR  97204

*Attorneys for Plaintiffs*

GL MANAGEMENT, INC.'S CORPORATE DISCLOSURE STATEMENT: CASE NO. 3:20-CV-05434-MAT - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981

PDX\JSH\27956562.1