THE HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| **GL MANAGEMENT, INC.**, a Nevada corporation; **GREENPOINT EQUIPMENT LEASING, LLC**, an Oregon limited liability company; and **GOLDEN LEAF HOLDINGS LTD.**, a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**PETER SALADINO**, an individual,<br><br>Defendant. | Case No. 3:20-cv-05434-MAT<br><br>**PLAINTIFF GREENPOINT EQUIPMENT LEASING, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Plaintiff Greenpoint Equipment Leasing, LLC, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 and L.C.R. 7.1(a), hereby states that:

1. Greenpoint Holdings Delaware, Inc., a Delaware corporation, is the sole member of Greenpoint Equipment Leasing, LLC.

2. Golden Leaf Holdings LTD, a Canadian publicly traded company, owns 100% of the stock in Greenpoint Holdings Delaware, Inc.

GREENPOINT EQUIPMENT LEASING, LLC'S
CORPORATE DISCLOSURE STATEMENT: CASE NO.
3:20-CV-05434-MAT - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981

| | |
|---|---|
| 1 | Dated this 14th day of May, 2020. |
| 2 | SCHWABE, WILLIAMSON & WYATT, P.C. |
| 3 | |
| 4 | By: *s/ Nika Aldrich* |
| 5 | Nika Aldrich, WSBA #48473<br>Email: naldrich@schwabe.com |
| 6 | Jessica A. Schuh, admitted *pro hac vice*<br>Email: jschuh@schwabe.com |
| 7 | 1211 SW 5th Ave., Suite 1900<br>Portland, OR 97204 |
| 8 | *Attorneys for Plaintiffs* |

GREENPOINT EQUIPMENT LEASING, LLC'S
CORPORATE DISCLOSURE STATEMENT: CASE NO.
3:20-CV-05434-MAT - 2

PDX\SJB\27942064.1