UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| **GL MANAGEMENT, INC.**, a Nevada corporation; **GREENPOINT EQUIPMENT LEASING, LLC**, an Oregon limited liability company; and **GOLDEN LEAF HOLDINGS LTD.**, a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**PETER SALADINO**, an individual,<br><br>Defendant. | Case No. 3:20-cv-05434-MAT<br><br>**PLAINTIFF GOLDEN LEAF HOLDINGS LTD.'S CORPORATE DISCLOSURE STATEMENT** |

Plaintiff Golden Leaf Holdings LTD, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 and L.C.R. 7.1(a), hereby states that:

1. Golden Leaf Holdings LTD is a Canadian publicly traded company.

2. Golden Leaf Holdings LTD has no parent corporation.

3. No individual or company owns more than 10% of Golden Leaf Holdings LTD's stock.

GOLDEN LEAF HOLDINGS LTD.'S CORPORATE DISCLOSURE STATEMENT: CASE NO. 3:20-CV-05434-MAT - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981

1  Dated this 14th day of May, 2020.

2                                         SCHWABE, WILLIAMSON & WYATT, P.C.

3

4                                  By:   *s/ Nika Aldrich*
                                         Nika Aldrich, WSBA #48473
5                                        Email: naldrich@schwabe.com
                                         Jessica A. Schuh, admitted *pro hac vice*
6                                        Email: jschuh@schwabe.com
                                         1211 SW 5th Ave., Suite 1900
7                                        Portland, OR 97204

8                                        *Attorneys for Plaintiffs*

GOLDEN LEAF HOLDINGS LTD.'S CORPORATE
DISCLOSURE STATEMENT: CASE NO. 3:20-CV-05434-
MAT - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981

PDX\SJB\27942064.1